UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TURBINE GENERATION SERVICES L L C ET AL | CIVIL ACTION NO.  6:19-CV-01257 |
| VERSUS | JUDGE JUNEAU |
| GENERAL ELECTRIC CO ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Motion To Remand filed by Plaintiff, Turbine Powered Technology L.L.C., [Rec. Doc. 40], is **GRANTED and this matter is hereby remanded to the 15th Judicial District Court, Parish of Lafayette, Louisiana.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 26th day of May, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE